**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PETER GRAFF and RICK DISNEY,** | **1:14-CV-00095-LJO-JLT** |
| **Plaintiffs,** | **ORDER TO REMAND TO KERN COUNTY SUPERIOR COURT** |
| **v.** | **(Doc. 13)** |
| **CITY OF TEHACHAPI, et al,** | |
| **Defendants.** | |

This Court's March 10, 2014 order ("March 10 Order") dismissed with leave to amend all federal claims in this case, which was removed from Kern County Superior Court based on federal question jurisdiction.  The March 10 Order further required Plaintiffs, no later than March 30, 2014, to file an amended complaint in accordance with the Order.  No amended complaint was filed.

In the absence of subject matter jurisdiction, this Court:

1.      REMANDS this action to Kern County Superior Court; and

2.      DIRECTS the Clerk of Court to take necessary action to remand this action to Kern County Superior Court.

IT IS SO ORDERED.

Dated:   __March 31, 2014__                    ___/s/ Lawrence J. O'Neill__
                                                        UNITED STATES DISTRICT JUDGE

1