**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PETER GRAFF and RICK DISNEY,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF TEHACHAPI, et al,**<br><br>Defendants. | 1:14-CV-00095-LJO-JLT<br><br>**ORDER PURSUANT TO FED. R. CIV. P. 60(a) STRIKING ORDER REMANDING CASE AND RE-OPENING CASE** |

      This Court's March 10, 2014 order ("March 10 Order") dismissed with leave to amend all federal claims in this case, which was removed from Kern County Superior Court based on federal question jurisdiction. The March 10 Order further afforded Plaintiffs 20 days to file an amended complaint. Doc. 13 at 8. Pursuant to Fed. R. Civ. P. 6(a)(1)(C), the amended complaint was therefore due on Monday, March 31, 2014. Due to a clerical error, the Court entered an order on March 31, 2014 remanding this case, which order was not docketed until April 1, 2014. Doc. 15 ("Remand Order"). Meanwhile, Plaintiffs timely filed their amended complaint the afternoon of March 31, 2014. Doc. 14.

      Therefore, pursuant to Fed. R. Civ. P. 60(a), because the Remand Order was entered due to a clerical error, this Court:

      1.     STRIKES the Remand Order (Doc. 15); and

      2.     DIRECTS the Clerk of Court to re-open this case.

**SO ORDERED**
**Dated: April 2, 2014**

                                              **/s/ Lawrence J. O'Neill**
                                              **United States District Judge**