Samuel J.   Wells SBN 48851
Donna Cox Wells SBN 162797
LAW OFFICES OF SAMUEL J.   WELLS, A PROFESSIONAL CORPORATION
11661 San Vicente Boulevard, Suite 500
Los Angeles, California 90049-5113
310. 207.4456
310.207.5006 *Telefax*
wells@swellslaw.com

Stephen F. Danz SBN 68318
Danz & Associates
11661 San Vicente Boulevard, Suite 500
Los Angeles, California 90049-5113
310-207-4568

Attorneys for Plaintiffs
RICK DISNEY AND PETER GRAFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK DISNEY an individual; and PETER GRAFF, an individual;<br><br>                              Plaintiffs,<br><br>v.<br><br>CITY OF TEHACHAPI, a municipality; Jeff Kermode, Chief of Police; Kevan Empey, an individual; Scott Kecham, an individual; Mike Christian, an individual; and DOES 1-11,<br>                              Defendants. | CASE NO:   1:14-CV-0095-LJO-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. 28) |

        IT IS HEREBY STIPULATED, by and between Plaintiffs Disney and Graff and the Defendant City of Tehachapi, acting by and through their respective attorneys of record, as follows:

    1.      The current Mandatory Scheduling Conference is set for October 22, 2014.

    2.      Counsel for Plaintiffs has had an extremely busy calendar over the last 30 days.

    3.      Counsel for Plaintiffs and counsel for City have been meeting and conferring

regarding the Mandatory Scheduling Conference Joint Statement over the past two weeks.

4.   Counsel for Plaintiffs is currently attempting service of the Summons and Second Amended Complaint upon the individual Defendants in this action, who have not yet been served.

5.   Counsel for Plaintiffs suffered damage to his lower front teeth, including the breaking off of one tooth, approximately August 31, 2014.   He had a temporary repair done on September 2, 2014, which failed on approximately September 3, 2014.   It was again temporarily repaired on September 4, 2014.

6.   Counsel was in trial from September 8, 2014 through September 12, 2014.

7.   The temporary repair failed again on September 16, 2014.   Counsel for Plaintiffs again consulted the dentist on September 17, 2014, and underwent the first of three 2-hour dental surgeries on September 18, 2013.

8.   These problems interfered with the ability of counsel for Plaintiffs to complete the Mandatory Scheduling Conference Joint Statement.

9.   Counsel for Defendant City and counsel for Plaintiffs believe that a continuance of approximately two weeks will allow for service of process on the remaining individual defendants and a more careful completion of the Mandatory Scheduling Conference Joint Statement.

10.   For these reasons, counsel for Plaintiffs has requested and the Council for Defendant City has agreed to this stipulation to continue the Mandatory Scheduling Conference for at least four weeks to October 20, 2014, or such other day as is convenient to the Court's

1   calendar.   They further stipulate that the Mandatory Scheduling Conference Joint Statement be

2   filed two weeks before the Mandatory Scheduling Conference.

3

4   Dated: September 18, 2014                  Samuel J.   Wells, A.P.C.

5

6

7                                                  _____

                                                 Attorneys for Plaintiffs, Rick Disney and

8                                                  Peter Graff

9

10  Dated: September 18, 2014                 Liebert Cassidy Whitmore

                                               A Professional Law Corporation

11

12

13                                              _____/s/_____

                                               Jesse J.   Maddox, SBN 29091

14                                              Attorneys for Defendant City of Tehachapi

15                                     **ORDER**

16

17        Good cause appearing, the scheduling conference is **CONTINUED** to **November 5,**

 **2014** at 9:45 a.m.   The joint scheduling conference statement SHALL be filed no later than

18

19  **October 29, 2014**. Telephonic appearances via the CourtCall service are authorized.

20

21   IT IS SO ORDERED.

22     Dated:   **September 20, 2014**           **/s/ Jennifer L. Thurston**

                                             UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28