# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GRAFF and RICK DISNEY,<br><br>            Plaintiffs,<br><br>  v.<br><br>CITY OF TEHACHAPI, et al,<br><br>            Defendants. | 1:14-CV-00095-LJO-JLT<br><br>**ORDER DISMISSING THE CITY OF TEHACHAPI AS DEFENDANT** |

      Pursuant to this Court's July 11, 2014 Order on Motion to Dismiss, all claims against Defendant the City of Tehachapi ("City") have been dismissed. Doc. 25. Accordingly, the City is dismissed as a defendant from this action.

**SO ORDERED**
**Dated: October 28, 2014**

                                          /s/ Lawrence J. O'Neill
                                          **United States District Judge**