# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICK DISNEY an individual; and PETER GRAFF, an individual;**<br><br>**Plaintiffs,**<br><br>**v.**<br>**CITY OF TEHACHAPI, a municipality; Jeff Kermode, Chief of Police; Kevan Empey, an individual; Scott Kecham, an individual; Mike Christian, an individual; and DOES 1- 11,**<br><br>**Defendants.** | **CASE NO:  1:14-CV-0095-LJO-JLT**<br><br>**ORDER GRANTING MOTION FOR RELIEF PURSUANT TO LOCAL RULE 134(c)(1) (Doc. 46)** |

Having considered plaintiffs ex parte application for relief pursuant to Local Rule 134(c)(1), and finding good cause therefore, IT IS HEREBY ORDERED that Plaintiffs are relieved from the technical failure of the CM/EDF System to accept Plaintiffs' Opposition to the Individual Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, and the Opposition shall be and hereby is accepted for filing as though it had been filed timely on November 20, 2014.

IT IS SO ORDERED.

Dated:   __December 1, 2014__                    ___/s/ Lawrence J. O'Neill___
                                                                    UNITED STATES DISTRICT JUDGE

1