1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICK DISNEY, et al., | ) Case No.: 1:14-cv-00095 LJO JLT |
| Plaintiffs, | ) |
| | ) ORDER DISCHARGING THE ORDER TO SHOW |
| v. | ) CAUSE DATED JUNE 3, 2015 |
| CITY OF TEHACHAPI, et al., | ) |
| | ) (Doc. 60) |
| Defendants. | ) |
| | ) |

On June 3, 2015, the Court ordered Plaintiff's counsel to show cause why sanctions should not be imposed for his failure to cooperate in the drafting of the joint mid-discovery status conference. (Doc. 58)  In response, Mr. Wells reported he has suffered a serious dental condition which required him to be away from the office.  Id. at 2.  Due to the need to have immediate medical attention and focused on his health, the need to notify co-counsel that he needed assistance in the obligations related to this case, slipped Mr. Well's mind.  Id. at 1. Upon his return to work, Mr. Wells was preoccupied with other matters and failed to note the deadline for the report.  Id. at 2-3.

///
///
///
///
///

1

The Court is confident that this situation was caused by an understandable preoccupation with Mr. Well's serious condition and that it will not repeat.  Therefore, **IT IS HEREBY ORDERED**:

1.       The order to show cause dated June 3, 2015 is **DISCHARGED.**


IT IS SO ORDERED.

Dated:   **July 28, 2015**                         _____**/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE