UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GRAFF, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF TEHACHAPI, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:14-cv-00095 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 60) |

On March 7, 2015, the parties notified the Court that the matter is settled. (Doc. 64) They report they will memorialize the settlement in writtend documents. Id. Therefore, the Court **ORDERS:**

    1.    The stipulated request for dismissal **SHALL** be filed no later than **April 15, 2016;**

    2.    All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED.**

**<u>Failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

    Dated:   **March 9, 2016**                  **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28