UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GRAFF, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF TEHACHAPI, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-00095 LJO JLT<br><br>ORDER TO THE PARTIES AND COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO COMPLY WITH THE COURT'S ORDERS |

        On March 7, 2015, the parties notified the Court they had resolved their dispute. (Doc. 64) To allow sufficient time to finalize their settlement in a written document, the Court ordered the parties to file their request for dismissal by April 15, 2016. (Doc. 66) Despite this, the parties have taken no action. Therefore, the Court **ORDERS:**

        1.      <u>**Within 14 days**</u>, the parties and their counsel **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's orders. Alternatively, within 14 days, they may file the joint request for dismissal.

        <u>**Failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action or an order striking the answer and entering default.**</u>

IT IS SO ORDERED.

    Dated:  **May 9, 2016**                        **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE